I. WALTER GODNICK, Appellant, *v.* MARCUS COHN, Doing Business under the Firm Name of U. S. STANDARD CHEMICAL COMPANY, Defendant, and HARRY K. GRIGG, Respondent.

(Argued December 4, 1934; decided December 31, 1934.)

*Sidney J. Feltenstein,* for appellant.

*F. A. W. Ireland* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.